## EXHIBIT E

## WAIVER OF NOTICE OF CLAIM

Tribute Capital Partners LLC ("Transferor") has sold and assigned certain claims to CAR Contract Servicing LLC ("Transferee").  Transferee is a corporation organized under the laws of the State of Texas, maintaining a place of business at 2777 N. Stemmons Freeway Suite 1650 Dallas, TX 75207.  Said claims arise from automobile loans and retail installment contracts ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name(s):

| | | |
|---|---|---|
| Action Auto LLC | Adams Motor Co., Inc. | At Will Finance, Inc. |
| Auto Finance Credit Corporation | Bel Air Motors, Inc. | Car World Group, Inc. |
| CNAC Alabama, Inc. | David's Auto Sales, Inc. | EC Finance, Inc. |
| Gold Key Auto, Inc. | JFC, Inc. | May Auto Sales |
| North Lake Automotive LLC d/b/a North Lake Bargain Center | Quality Automotive LLC | Rainey Finance Inc. a/k/a Rainey Used Cars, Inc. |
| San Luis Car Sales | Sellars Motors, Inc. | TC Autoplex LLC |
| Valerios Auto Sales | Watkins Auto Sales 1, LLC | Wholesale Truck & Auto Sales, Inc. d/b/a J&D Auto Sales |
| Woodlake Motors, Inc. a/k/a Texas Refocus Financial Services, Inc. | Colonial Sales & Leasing | Prime Security LLC d/b/a Autostart |

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2) relating to the Accounts.  Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim.  Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver by and through its duly authorized officer the 14th day of January, 2020.

**Tribute Capital Partners LLC**

By: _____
Name: ___Louis Barna_____
Title: ____Manager_____